UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JANE DOE, as Parent and Natural Guardian, on behalf of
ADAM DOE, a minor,

                     Plaintiff,

      - against -

DEER MOUNTAIN DAY CAMP, INC. and
DEER MOUNTAIN BASKETBALL ACADEMY

                     Defendants.
------------------------------------------------------------X

**ORIGINAL**

**ORDER TO SHOW CAUSE**

**07 CIV. 5495**

**JUDGE CONNER**

[Stamp: JUN 1 1 2007 S.D. W.P. OF N.Y.]

      Upon the annexed affirmation of Renee D. Martinez dated May 25, 2007 and the accompanying memorandum of law, let cause be shown before this Court on the 22nd day of June, 2007, at 9:45 o'clock on that day, or as soon thereafter as counsel can be heard, at Room 620 United States Courthouse, 300 Quarropas Street, White Plains, New York, why an order should not be entered (1) permitting plaintiff and his guardian to proceed in this action under pseudonyms; (2) sealing the affirmation of Renee D. Martinez, Esq., dated May 25, 2007; (3) sealing the complaint, civil cover sheets and any other documents bearing the true identities of the plaintiff and his guardian; (4) directing the parties and their attorneys to refrain from publishing plaintiff's and his guardian's true identities, except by a written consent or an order of the court, for the reasons fully set forth in the annexed affirmation and memorandum of law; (5) directing that all papers filed in this action by any party shall use said pseudonyms in referring to the plaintiff and his guardian; (6) for such other and further relief as may be just and proper; and

It is further

MICROFILM
JUN 1 1 2007
USDC SD NY WP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES GIVEN TO COUNSEL OF RECORD
for TT

ORDERED, that service by mail upon defendants of a copy of this order, together with the papers upon which it was granted, in the manner authorized by the Federal Rules of Civil Procedure, on or before 13th day of June 2007 at 10:00 o'clock, A.M. shall be deemed sufficient.

Dated: White Plains, New York
      June 11, 2007

So ORDERED

_____
William C. Conner
U.S.D.J.