STATE OF NEW YORK    SOUTHERN    COUNTY    U. S. DISTRICT    COURT
DOCUMENTS SERVED WITH INDEX #  07CIV5495    AND FILED ON  June 11, 2007
ATTORNEY(S)  Legal Aid Society of Rockland, Inc. ,

<em>Jane Doe et al</em>

Plaintiff(s)/Petitioner(s)

vs

<em>Deer Mountain Day Camp, Inc. et al</em>

Defendant(s)/Respondent(s)

County of  Rockland , State of  New York .

  Mark Sandstrom  , being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at  Rockland County, NY . On  June 12, 2007  at  1:00 pm  at  63 Call Hollow Road , Pomona, NY 10970

deponent served a    Summons in a Civil Case and Complaint
Individual Practices of Judge William C. Conner
Notice & Procedures for Electronic Case Filing

UPON:    **Deer Mountain Day Camp, Inc.** , **Defendant**
(herein called recipient) therein named.

**INDIVIDUAL**    by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person
[ ]    described as said person therein.

**CORPORATION**    A _____ corporation, by delivering thereat a true copy of each to  Roberta Katz, Director 
[x]    personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be  President  thereof.

**SUITABLE AGE PERSON**    by delivering a true copy of each to _____ a person of suitable age and discretion.
[ ]    Said premises is recipient's  [ ] actual place of business    [ ] dwelling house (usual place of abode) within the state.

**AFFIXING TO DOOR**    by affixing a true copy of each to the door of said premises, which is recipient's  [ ] actual place of business
[ ]    [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day _____ Date _____ Time _____    Day _____ Date _____ Time _____
Day _____ Date _____ Time _____    Day _____ Date _____ Time _____

**MAILING COPY**    Deponent caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at
[x]    recipient's last known  [ ] residence    [x] place of employment at: ___ Same as above ___
and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within the State of New York on  6/12/07 .
[ ] A second mailing was also made by certified mail (Receipt No. _____ ) within one day after such delivering to such suitable person such affixing    [ ] and with return receipt requested.

**DESCRIPTION**    A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
[x]    Sex  Female    Color of skin  White    Color of hair  Brown    Approx. Age  50
Approx. Height  5'6"    Approx. weight  140    Other  Eyeglasses

**WITNESS FEES**  $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.
[ ]

**PHOTO**    Deponent was able to identify recipient from annexed photo.
[ ]

**MILITARY SERVICE**    Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed that recipient was not.
[ ]

Sworn to before me on this  12th  day of  June, 2007 

*Claire M. Rivera*    Mark Sandstrom

CLAIRE M. RIVERA
NOTARY PUBLIC, State of New York
No. 01RI6149175, Qualified in Rockland Co.
Term Expires July 3, 2010

Server's Lic. # 0861140

Invoice•Work Order # 9923878

**ATTORNEY SERVICE BUREAU, P.O. BOX 382, POMONA, NEW YORK 10970, 845-638-1323**

STATE OF NEW YORK     SOUTHERN     COUNTY     U. S. DISTRICT     COURT
DOCUMENTS SERVED WITH INDEX # 07CIV5495    AND FILED ON June 11, 2007
ATTORNEY(S) Legal Aid Society of Rockland, Inc. ,

Jane Doe et al     Plaintiff(s)/Petitioner(s)

vs

Deer Mountain Day Camp, Inc. et al     Defendant(s)/Respondent(s)

County of **Rockland**, State of **New York**.

**Mark Sandstrom**, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at **Rockland County, NY**. On **June 12, 2007** at **1:00 pm** at **63 Call Hollow Road, Pomona, NY 10970**

deponent served a    Order to Show Cause with Supporting Papers
Memorandum of Law in Support

UPON: **Deer Mountain Day Camp, Inc.**, **Defendant**
(herein called recipient) therein named.

**INDIVIDUAL** [ ] by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**CORPORATION** [x] A _____ corporation, by delivering thereat a true copy of each to **Roberta Katz, Director** personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be **President** thereof.

**SUITABLE AGE PERSON** [ ] by delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**AFFIXING TO DOOR** [ ] by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day _____ Date _____ Time _____ Day _____ Date _____ Time _____
Day _____ Date _____ Time _____ Day _____ Date _____ Time _____

**MAILING COPY** [x] Deponent caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at recipient's last known [ ] residence [x] place of employment at: **Same as above** and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within the State of New York on **6/12/07**.
[ ] A second mailing was also made by certified mail (Receipt No. _____ ) within one day after such delivering to such suitable person such affixing [ ] and with return receipt requested.

**DESCRIPTION** [x] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex **Female**   Color of skin **White**   Color of hair **Brown**   Approx. Age **50**
Approx. Height **5'6"**   Approx. weight **140**   Other **Eyeglasses**

**WITNESS FEES** $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.
[ ]
**PHOTO** [ ] Deponent was able to identify recipient from annexed photo.

**MILITARY SERVICE** [ ] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed that recipient was not.

Sworn to before me on this **12th** day of **June, 2007**

_Claire M Rivera_           Mark Sandstrom
CLAIRE M. RIVERA
NOTARY PUBLIC, State of New York
No. 01RI6149175, Qualified in Rockland Co.
Term Expires July 3, 2010      Server's Lic. # 0861140

Invoice•Work Order # 9923880

*Attorney Service Bureau, P.O. Box 382, Pomona, New York 10970, 845-638-1323*

STATE OF NEW YORK    SOUTHERN    COUNTY    U. S. DISTRICT    COURT
DOCUMENTS SERVED WITH INDEX # 07CIV5495    AND FILED ON June 11, 2007
ATTORNEY(S) Legal Aid Society of Rockland, Inc. ,

Jane Doe et al      *Plaintiff(s)/Petitioner(s)*

vs

Deer Mountain Day Camp, Inc. et al      *Defendant(s)/Respondent(s)*

County of **Rockland**, State of **New York**.

**Mark Sandstrom**, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at **Rockland County, NY**. On **June 12, 2007** at **1:00 pm** at **Deer Mountain Day Camp, Inc. 63 Call Hollow Road, Pomona, NY 10970**

deponent served a    Summons in a Civil Case and Complaint
Individual Practices of Judge William C. Conner
Notice & Procedures for Electronic Case Filing

UPON:    **Deer Mountain Basketball Academy** , **Defendant**
(herein called recipient) therein named.

INDIVIDUAL [ ] by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

CORPORATION [X] A _____ corporation, by delivering thereat a true copy of each to **Roberta Katz, Director** personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be **President** thereof.

SUITABLE AGE PERSON [ ] by delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

AFFIXING TO DOOR [ ] by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day ___ Date ___ Time ___ Day ___ Date ___ Time ___
Day ___ Date ___ Time ___ Day ___ Date ___ Time ___

MAILING COPY [X] Deponent caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at recipient's last known [ ] residence [X] place of employment at: **Same as above** and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within the State of New York on **6/12/07**.
[ ] A second mailing was also made by certified mail (Receipt No. _____ ) within one day after such delivering to such suitable person such affixing [ ] and with return receipt requested.

DESCRIPTION [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex **Female**   Color of skin **White**   Color of hair **Brown**   Approx. Age **50**
Approx. Height **5'6"**   Approx. weight **140**   Other **Eyeglasses**

WITNESS FEES [ ] $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

PHOTO [ ] Deponent was able to identify recipient from annexed photo.

MILITARY SERVICE [ ] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed that recipient was not.

Sworn to before me on this **12th** day of **June, 2007**

*Claire M Rivera*
CLAIRE M. RIVERA
NOTARY PUBLIC, State of New York
No. 01RI6149175, Qualified in Rockland Co.
Term Expires July 3, 2010

Mark Sandstrom
Server's Lic. # 0861140
Invoice•Work Order # 9923879

**ATTORNEY SERVICE BUREAU, P.O. BOX 382, POMONA, NEW YORK 10970, 845-638-1323**

STATE OF NEW YORK                SOUTHERN        COUNTY        U. S. DISTRICT                    COURT
DOCUMENTS SERVED WITH INDEX # 07CIV5495        AND FILED ON  June 11, 2007
ATTORNEY(S) Legal Aid Society of Rockland, Inc. ,

Jane Doe et al  Plaintiff(s)/Petitioner(s)

vs

Deer Mountain Day Camp, Inc.  et al  Defendant(s)/Respondent(s)

County of ___Rockland___, State of ___New York___.

___Mark Sandstrom___, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at ___Rockland County, NY___. On ___June 12, 2007___ at ___1:00 pm___

at ___Deer Mountain Day Camp, Inc.  63 Call Hollow Road, Pomona, NY 10970___

deponent served a    Order to Show Cause with Supporting Papers
                     Memorandum of Law in Support

UPON:    ___Deer Mountain Basketball Academy___, **Defendant**
(herein called recipient) therein named.

**INDIVIDUAL** [ ]    by delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**CORPORATION** [x]    A _____ corporation, by delivering thereat a true copy of each to ___Roberta Katz, Director___ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be ___President___ thereof.

**SUITABLE AGE PERSON** [ ]    by delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's  [ ]actual place of business    [ ]dwelling house (usual place of abode) within the state.

**AFFIXING TO DOOR** [ ]    by affixing a true copy of each to the door of said premises, which is recipient's  [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
Day _____ Date _____ Time _____    Day _____ Date _____ Time _____
Day _____ Date _____ Time _____    Day _____ Date _____ Time _____

**MAILING COPY** [x]    Deponent caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at recipient's last known   [ ]residence    [x] place of employment at: ___Same as above___ and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within  the State of New York on ___6/12___ .
[ ] A second mailing was also made by certified mail (Receipt No. _____) within one day after such delivering to such suitable person such affixing    [ ] and with return receipt requested.

**DESCRIPTION** [x]    A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex ___Female___    Color of skin ___White___    Color of hair ___Brown___    Approx. Age ___50___
Approx. Height ___5'6"___    Approx. weight ___140___    Other ___Eyeglasses___

**WITNESS FEES** [ ]    $ _____the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

**PHOTO** [ ]    Deponent was able to identify recipient from annexed photo.

**MILITARY SERVICE** [ ]    Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed that recipient was not.

Sworn to before me on this ___12th___ day of ___June, 2007___

_Claire M Rivera_                                    Mark Sandstrom
CLAIRE M. RIVERA
NOTARY PUBLIC, State of New York                     Server's Lic. # 0861140
No. 01RI6149175, Qualified in Rockland Co.
Term Expires July 3, 2010                            Invoice•Work Order # 9923881

*ATTORNEY SERVICE BUREAU, P.O. BOX 382, POMONA, NEW YORK 10970, 845-638-1323*