UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

JANE DOE, as Parent and Natural Guardian, on behalf of
ADAM DOE, a minor,

                        Plaintiff, : **ORDER**

    - against -

                                    07 Civ. No. 5495 (WCC)
DEER MOUNTAIN DAY CAMP, INC. and
DEER MOUNTAIN BASKETBALL ACADEMY,     ECF CASE

                       Defendants.

------------------------------------------------------------X

       Upon reading plaintiff's Order to Show Cause for leave to proceed under a pseudonym, the affirmation of Renee D. Martinez, Esq., dated May 25, 2007, and the accompanying memorandum of law,

       IT IS HEREBY ORDERED that:

       1. Plaintiff is granted leave to proceed against the above-named defendants under the pseudonym contained in the complaint;

       2. Plaintiff's guardian is granted leave to proceed on her son's behalf against the above-named defendants under the pseudonym contained in the complaint;

       3. The affirmation of Renee D. Martinez, dated May 25, 2007, submitted to this Court in support of plaintiff's motion, shall be sealed by the Clerk of this Court;

       4. The complaint, civil cover sheets and any other documents bearing the true identities of the plaintiff and his guardian shall be sealed by the Clerk of this Court;

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COPIES MAILED TO COUNSEL OF RECORD for Δ 6/22/07
+ EMAILED TO π's COUNSEL 6/22/07

5. The parties and their counsel shall refrain from publishing plaintiff and his guardian's true identity except upon their written consent or by order of this court; and

6. All papers filed in this action by any party shall use said pseudonyms to refer to plaintiff and his guardian.

Dated: White Plains, New York
       June 22, 2007

                                        _William C. Conner_
                                        U.S.D.J.

2