UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------X

JANE DOE, as Parent and Natural         No. 07-CV-5495 (WCC)(GAY)
Guardian, on behalf of
ADAM DOE, a minor,                              ECF Case

       Plaintiff,

  - against -

DEER MOUNTAIN DAY CAMP, INC.
and DEER MOUNTAIN BASKETBALL
ACADEMY,

       Defendants.

--------------------------------X

### NOTICE OF APPEARANCE OF RODNEY E. GOULD ON BEHALF OF DEFENDANTS

TO THE CLERK:

    Please enter the appearance of Rodney E. Gould, Esq. of the firm of Rubin, Hay & Gould, P.C. on behalf of the Defendants DEER MOUNTAIN DAY CAMP, INC. and DEER MOUNTAIN BASKETBALL ACADEMY.

DATED:   June 27, 2007
         Framingham, Massachusetts

        RUBIN, HAY & GOULD, P.C.

        **s/**
By:   _____
      Rodney E. Gould, Esq. (9871)
      Email: rgould@rhglaw.com
      205 Newbury Street
      P.O. Box 786
      Framingham, MA  01701-0202
      Tel:  (508) 875-5222
      Fax:  (508) 879-6803