```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


--------------------------------X

JANE DOE, as Parent and Natural      No. 07-CV-5495 (WCC)(GAY)
Guardian, on behalf of
ADAM DOE, a minor,                           ECF Case

           Plaintiff,

      - against -

DEER MOUNTAIN DAY CAMP, INC.
and DEER MOUNTAIN BASKETBALL
ACADEMY,

           Defendants.

--------------------------------X
```

### NOTICE OF APPEARANCE OF ROBERT C. MUELLER
### ON BEHALF OF DEFENDANTS

TO THE CLERK:

   Please enter the appearance of Robert C. Mueller, Esq. of the firm of Rubin, Hay & Gould, P.C. on behalf of the Defendants DEER MOUNTAIN DAY CAMP, INC. and DEER MOUNTAIN BASKETBALL ACADEMY.

DATED:   June 27, 2007
         Framingham, Massachusetts

                       RUBIN, HAY & GOULD, P.C.

                               **s/**
                  By: _____
                       Robert C. Mueller, Esq. (1882)
                       Email: rmueller@rhglaw.com
                       205 Newbury Street
                       P.O. Box 786
                       Framingham, MA  01701-0202
                       Tel:  (508) 875-5222
                       Fax:  (508) 879-6803