```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


---------------------------------X

JANE DOE, as Parent and Natural      No. 07-CV-5495 (WCC)(GAY)
Guardian, on behalf of
ADAM DOE, a minor,                              ECF Case

            Plaintiff,

    - against -

DEER MOUNTAIN DAY CAMP, INC.
and DEER MOUNTAIN BASKETBALL
ACADEMY,

            Defendants.

---------------------------------X
```

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT
OF DEFENDANTS DEER MOUNTAIN DAY CAMP, INC.
<u>AND DEER MOUNTAIN BASKETBALL ACADEMY</u>**

The defendants DEER MOUNTAIN DAY CAMP, INC. and DEER MOUNTAIN DAY CAMP, INC. d/b/a DEER MOUNTAIN BASKETBALL ACADEMY (incorrectly sued as "DEER MOUNTAIN BASKETBALL ACADEMY") hereby certify that they have no parent corporation and that no publicly held companies own ten percent (10%) or more of their stock.

DATED:   June 27, 2007
         Framingham, Massachusetts

```
                    RUBIN, HAY & GOULD, P.C.


                          s/
            By: _____
                    Rodney E. Gould, Esq. (9871)
                    Email: rgould@rhglaw.com
                    Robert C. Mueller, Esq. (1882)
                    Email: rmueller@rhglaw.com
                    205 Newbury Street
                    P.O. Box 786
                    Framingham, MA  01701-0202
                    Tel:  (508) 875-5222
                    Fax:  (508) 879-6803
```