*Connor, J*

FROM                                (TUE) 6 26 2007 17:28/ST. 17:27/NO. 5000000277 P  2

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------X

JANE DOE, as Parent and Natural          No. 07-CV-5495 (WCC)
Guardian, on behalf of
ADAM DOE, a minor,                       ECF Case

      Plaintiff,

- against -

DEER MOUNTAIN DAY CAMP, INC.
and DEER MOUNTAIN BASKETBALL
ACADEMY,

      Defendants.

----------------------------------X


### STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE PLAINTIFF'S COMPLAINT

The Plaintiff, JANE DOE, and the Defendants, DEER MOUNTAIN DAY CAMP, INC. and DEER MOUNTAIN BASKETBALL ACADEMY, hereby stipulate and agree that the Defendants' deadline for responding to the Plaintiff's Complaint be extended from July 2, 2007 to July 31, 2007.

As grounds therefore, the Defendants state that they were served on or about June 12, 2007, and that their response is presently due July 2, 2007. Due to the beginning of summer camp season, as well as the recent engagement of counsel, the Defendants require additional time to respond to the Complaint. An extension to July 31, 2007 is requested due to the fact that

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

JUN 26 '07 17:18                                                 PAGE.02

COPIES MAILED TO COUNSEL OF RECORD

FROM                                          (TUE) 6 26 2007 17:28/ST. 17:27/NO. 5000000277 P 3

the Defendants' counsel is out of the office on previously planned vacations through mid July.

This is the first request for an extension of time to respond to the Complaint. Counsel for the Plaintiff has assented to this request.

STIPULATED AND AGREED:

_____
Rodney E. Gould (9871)
Robert C. Mueller (1882)
RUBIN, HAY & GOULD, P.C.
205 Newbury Street
P.O. Box 786
Framingham, MA 01701
Tel: (508) 875-5222

Attorneys for Defendants

_____
Renee D. Martinez (0153)
Sally Friedman (3344)
Paul N. Samuels (9531)
LEGAL ACTION CENTER
225 Varick Street, 4th Floor
New York, NY 10014
Tel: (212) 243-1313

- and -

_____
Howard D. Sherwin (2379)
LEGAL AID SOCIETY OF ROCKLAND
    COUNTY, INC.
2 Congers Road
New City, NY 10956
Tel: (845) 634-2627

Attorneys for Plaintiff

SO ORDERED.

_____
William C. Conner, U.S.D.J.
White Plains, NY
June 29, 2007
DATE

2