ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JANE DOE, as Parent and Natural Guardian,  :  No. 07-CV-5495 (WCC)
on behalf of ADAM DOE, a Minor             :

                    Plaintiff,             :  ECF Case

        - against -                        :

DEER MOUNTAIN DAY CAMP, INC.               :
and DEER MOUNTAIN BASKETBALL
ACADEMY                                    :

                    Defendants.:
------------------------------------------------------------X

### STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF'S TO RESPOND TO THE DEFENDANT'S REQUESTS FOR DISCOVERY

The Plaintiff, JANE DOE, and the Defendants, DEER MOUNTAIN DAY CAMP, INC. and DEER MOUNTAIN BASKETBALL ACADEMY, hereby stipulate and agree that the Plaintiff's deadline for responding to the Defendants' requests for discovery, specifically, Defendants' First Set of Interrogatories to the Plaintiff, Defendants' First Request for Production of Documents to the Plaintiff and Defendants' First Request for Admissions to the Plaintiff, be extended from December 28, 2007 to January 31, 2008.

This is the first request for an extension of time made by the Plaintiff. Counsel for the Defendant has agreed to this request.

STIPULATED AND AGREED:

_Robert Mueller_                           _R._
RODNEY E. GOULD (9871)                     RENEE D. MARTINEZ (RDM-0153)
ROBERT C. MUELLER (1882)                   SALLY FRIEDMAN (SBF-3344)
RUBIN, HAY & GOULD, P.C.                   PAUL N. SAMUELS (PNS-9531)
205 Newbury Street                         LEGAL ACTION CENTER
P.O. Box 786                               225 Varick Street, 4th Floor
Framingham, MA 01701                       New York, New York 10014
(508) 875-5222                             (212) 243-1313
Attorneys for Defendants

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED        E –
DOC #: _____              COPIES MAILED TO COUNSEL OF RECORD
DATE FILED: _____

DEC 18 '07                                               PAGE.02

FROM                                                        (TUE)12 18 2007 18:16/ST. 18:16/NO. 5000000006 P  3

                                       - and -

                                       *Howard D. Sherwin*
                                       HOWARD D. SHERWIN (HDS-2379)
                                       LEGAL AID SOCIETY OF ROCKLAND
                                         COUNTY, INC.
                                       2 Congers Road
                                       New City, New York 10956
                                       (845) 634-2627
                                       Attorneys for Plaintiff

SO ORDERED.

*William C. Conner*
WILLIAM C. CONNER, U.S.D.J.

Dec. 19, 2007
DATE

2