UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
:
JANE DOE, as Parent and Natural Guardian,          No. 07- CV-5495 (WCC)
on behalf of ADAM DOE, a Minor,              :

                 Plaintiff,              :              ECF Case

     - against -              :

DEER MOUNTAIN DAY CAMP, INC.              :
and DEER MOUNTAIN BASKETBALL
ACADEMY,
                              :
                Defendants.
------------------------------------------------X

## STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE PLAINTIFF'S REQUESTS FOR DISCOVERY

The Plaintiff, JANE DOE, and the Defendants, DEER MOUNTAIN DAY CAMP, INC. and DEER MOUNTAIN BASKETBALL ACADEMY, hereby stipulate and agree that the Defendants' deadline for responding to the Plaintiff's requests for discovery, specifically, Plaintiff's First Set of Interrogatories to Defendants and Plaintiff's First Request for Production of Documents to the Defendants, be extended from April 7, 2008 to May 2, 2008.

This is the first request for an extension of time made by the Defendants. Counsel for the Plaintiff has agreed to this request.

STIPULATED AND AGREED:

_____          _____
RODNEY E. GOULD (9871)                                 RENEE D. MARTINEZ (RDM-0153)
ROBERT C. MUELLER (1882)                          SALLY FRIEDMAN (SBF-3344)
RUBIN, HAY & GOULD, P.C.                            PAUL N. SAMUELS (PNS-9531)
205 Newbury Street                                           LEGAL ACTION CENTER
P.O. Box 786                                                       225 Varick Street, 4th Floor
Framingham, MA 01701                                   New York, New York 10014
(508) 875-5222                                                   (212) 243-1313
Attorneys for Defendants

                                                                   - and -

_____
HOWARD D. SHERWIN (HDS-2379)
LEGAL AID SOCIETY OF ROCKLAND
 COUNTY, INC.
2 Congers Road
New City, New York 10956
(845) 634-2627
Attorneys for Plaintiff

DATED: March 27, 2008
    Framingham, Massachusetts

SO ORDERED.

_____
WILLIAM C. CONNER, U.S.D.J.

3/31/08
DATE
White Plains, New York

e-
COPIES MAILED TO COUNSEL OF RECORD _____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

2