UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

----------------------------------X
                                  :
JANE DOE, as Parent and           :
Natural Guardian, on behalf of    :   No.  07- CV-5495 (WCC)
ADAM DOE, a Minor,                :
                                  :
            Plaintiff,            :   ECF Case
                                  :
      - against -                 :
                                  :
DEER MOUNTAIN DAY CAMP, INC.      :
and DEER MOUNTAIN BASKETBALL      :
ACADEMY,                          :
                                  :
            Defendants.           :
----------------------------------X

### STIPULATION OF PARTIES TO EXTEND DISCOVERY DEADLINE AND CONTINUE PRETRIAL CONFERENCE

The parties hereby stipulate and agree as follows:

1. That the deadline for discovery be continued from July 18, 2008 to November 7, 2008.

2. That the pretrial conference in this matter, previously scheduled for July 18, 2008 at 11:15 a.m., be continued to Nov. 7, 2008 at 10:15 a.m.

DATED: June 24, 2008
       Framingham, Massachusetts



COPIES MAILED TO COUNSEL OF RECORD _____
e-

1

Respectfully submitted,

*[signature]*

Rodney E. Gould (9871)
rgould@rhglaw.com
Robert C. Mueller (1882)
rmueller@rhglaw.com
RUBIN, HAY & GOULD, P.C.
205 Newbury Street
P.O. Box 786
Framingham, MA 01701
(508) 875-5222

Attorneys for Defendants

ASSENTED TO:

*[signature]*

Howard D. Sherwin (2379)
LEGAL AID SOCIETY OF ROCKLAND COUNTY, INC.
2 Congers Road
New City, New York 10956
Tel: (845) 634-2627

-and-

*[signature]*

Renee D. Martinez (0153)
Sally B. Friedman (3344)
Paul N. Samuels (9531)
LEGAL ACTION CENTER
225 Varick Street, 4th Floor
New York, New York 10014
Tel: (212) 243-1313

Attorneys for Plaintiff

SO ORDERED.
Dated: White Plains, NY
June 25, 2008

*[signature]*

WILLIAM C. CONNER, Senior U.S.D.J.

2